UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNT, an individual, MATTHEW DOWD, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>City of Los Angeles,<br><br>Defendant. | Case No.: CV 06-04691 DDP (SSx)<br><br>The Honorable Dean D. Pregerson<br><br>[~~PROPOSED~~] JUDGMENT |

The Court, pursuant to its Order on Cross-Motions for Summary Judgment filed on January 14, 2009 (docket 101), granted, in part, the Motion for Summary Judgment of Defendant City of Los Angeles on Plaintiffs' claim for relief challenging the 2006 version of the Los Angeles Municipal Code section 42.15. In addition, the Court granted, in part, the Motion for Summary Judgment of Plaintiffs on their claim for relief challenging the 2004 version of the Los Angeles Municipal Code section 42.15.

On February 3, 2009, this action came on regularly for trial on the damages phase in accordance with the Court's Order granting, in part, Plaintiffs' Motion for Summary Judgment, in Courtroom 3 of the United States District Court, the

Honorable Dean D. Pregerson, District Judge presiding. A jury of seven (7) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.

The jury found by a vote of seven (7) to zero (0) that Plaintiff Michael Hunt had been damaged in the amount of two hundred sixty four thousand *two hundred* eighty six dollars ($264,286.00). The verdict form was signed on February 6, 2009, by the foreperson, Melody Chalaban.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment in the above-entitled case be, and hereby is, entered in favor of Defendant City of Los Angeles on the claim for relief challenging the 2006 version of Los Angeles Municipal Code section 42.15.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Judgment in the above-entitled case be, and hereby is, entered in favor of Plaintiff Michael Hunt on the claim for relief challenging the 2004 version of Los Angeles Municipal Code section 42.15, Plaintiff Michael Hunt to recover of Defendant City of Los Angeles the sum of two hundred sixty four thousand *two hundred* eighty six dollars ($264,286.00).

DATED: 4-23-09

Honorable Dean D. Pregerson
UNITED STATES DISTRICT JUDGE